IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOMINIQUE TABB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-16-1179-D |
| ) | |
| JOHN HILLIGOSS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **J U D G M E N T**

Pursuant to the Order adopting the magistrate judge's Supplemental Report and Recommendation, the Court enters summary judgment in favor of Defendants John Hilligoss and Nicky Gillespie, and dismisses the action against Defendant A. Martin without prejudice to refiling pursuant to 28 U.S.C. § 1915(e)(2)(B).

Entered this 30th day of March, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE